# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

January 4, 2024

**VIA ECF**
Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   **Felix Castro v. Pro Boxing Supplies, Inc.– Case No.: 1:23-cv-05087-ER**

To the Honorable Judge Edgardo Ramos,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the initial conference currently set for January 4, 2024 pursuant to Your Honor's Order dated November 30, 2023 (Dkt #12). The parties are engaging in settlement negotiations and are potentially close to a resolution. Plaintiff respectfully requests a thirty (30) day adjournment of the initial conference from January 4, 2024 to February 5, 2024 to allow the parties an opportunity to resolve the matter without the need for further Court intervention. Should the parties memorialize an agreement, Plaintiff intends on filing a voluntary dismissal. This is the first time this relief is being requested. This application is made with Defendant's consent and does not oppose the adjournment.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Plaintiffs' Attorney*

> The request is granted. The initial pretrial conference scheduled for January 5, 2024, is rescheduled for February 2, 2024, at 10:15 a.m. The parties are reminded to dial 877-411-9748 and to enter access code 3029857# when prompted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: January 4, 2024
> New York, New York