UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FELIX CASTRO, on behalf of himself
and all others similarly situated,

                       Plaintiffs,

-against-

PRO BOXING SUPPLIES, INC.

                       Defendant.
-----------------------------------------------------------x

Case No. 1:23-cv-05087-ER

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff FELIX CASTRO ("Plaintiff") and PRO BOXING SUPPLIES, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: April 9, 2024

| | |
|---|---|
| The Law Office of Noor A. Saab<br>By: _____<br>Noor A. Saab Esq.<br>*Attorney for the Plaintiff*<br>380 North Broadway, Penthouse West<br>Jericho, New York 11753<br>Tel: 718-740-5060<br>Email: noorasaablaw@gmail.com | Foster Garvey PC<br>By: _____<br>Maurice W. Heller, Esq.<br>*Attorney for the Defendant*<br>100 Wall Street, 20th Floor<br>New York, NY 10005<br>Tel 212.965.4530<br>Email: maurice.heller@foster.com |

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J.

April 11, 2024
New York, New York

1